**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **JOHN WILLIAMS,** | : | |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | **CIVIL ACTION NO. 25-CV-0928** |
| | : | |
| **BRITTANY HUNER, *et al.*,** | : | |
| **Defendants.** | : | |

## ORDER

AND NOW, this 24th day of February, 2025, Plaintiff John Williams having submitted a Complaint to the Court without either paying the fees to commence a civil action or filing a motion to proceed *in forma pauperis*, it is **ORDERED** that:

1. If Williams seeks to proceed with this action he must, within thirty (30) days of the date of this Order, either (1) pay $405 (comprising the $350 filing fee and $55 administrative fee) to the Clerk of Court, or (2) file a motion to proceed *in forma pauperis* with a certified copy of his prisoner account statement (or institutional equivalent) showing all deposits, withdrawals, and a current balance, from any correctional facility in which he was confined for the six-month period from August 20, 2024 through February 20, 2025, reflecting account activity from that time period.

2. If Williams is ultimately granted leave to proceed *in forma pauperis*, he will be obligated to pay the $350 filing fee in installments pursuant to 28 U.S.C. § 1915(b), even if this case is dismissed. Williams will not be entitled to the return of any payments made toward the fee.

3. A blank copy of this Court's current standard prisoner *in forma pauperis* form bearing the above civil action number is being mailed to Williams along with this Order.

Williams may use this form to seek leave to proceed *in forma pauperis* if he cannot afford to pay the fees to commence this case.

4. If Williams fails to comply with this Order, his case may be dismissed without further notice for failure to prosecute.

**GEORGE WYLESOL**
**CLERK OF COURT**

**By:** ***s/ Ashley Mastrangelo***

**Deputy Clerk**