IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JOHN WILLIAMS,** : | |
|     Plaintiff, : | |
| : | |
| v. : | CIVIL ACTION NO. 25-CV-0928 |
| : | |
| **BRITTANY HUNER,** *et al.*, : | |
|     Defendants. : | |

## ORDER

AND NOW, this 22nd day of July, 2025, upon consideration of Plaintiff John Williams's Motion to Proceed *In Forma Pauperis* (ECF No. 4), his Prisoner Trust Fund Account Statement (ECF No. 5), and his *pro se* Complaint (ECF No. 1), it is **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915.

2. John Huner, #NW-7468, shall pay the full filing fee of $350 in installments, pursuant to 28 U.S.C. § 1915(b), regardless of the outcome of this case. The Court directs the Superintendent of SCI Phoenix or other appropriate official to assess an initial filing fee of 20% of the greater of (a) the average monthly deposits to Williams's inmate account; or (b) the average monthly balance in Williams's inmate account for the six-month period immediately preceding the filing of this case. The Superintendent or other appropriate official shall calculate, collect, and forward the initial payment assessed pursuant to this Order to the Court with a reference to the docket number for this case. In each succeeding month when the amount in Williams's inmate trust fund account exceeds $10.00, the Superintendent or other appropriate official shall forward payments to the Clerk of Court equaling 20% of the preceding month's income credited to Williams's inmate account until the fees are paid. Each payment shall refer to the docket number for this case.

3.  The Clerk of Court is **DIRECTED** to send a copy of this order to the Superintendent of SCI Phoenix.

4.  The Complaint is **DEEMED** filed.

5.  The Complaint is **DISMISSED IN PART WITH PREJUDICE AND IN PART WITHOUT PREJUDICE** as follows:

    a.  Williams's constitutional claims and his derivative supervisory liability claims, his claims asserted under Title II of the Americans with Disabilities Act of 1990, 42 U.S.C. §§ 12131-12165 ("ADA"), his claims against Defendants Gina Orlando, Charles Hensley, Joseph Terra, Dorina Varner, Keri Moore, and Doe 3 based on their participation in the grievance process, his request for declaratory and injunctive relief, and his official capacity claims are **DISMISSED WITH PREJUDICE** for failure to state a claim pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) for the reasons stated in the accompanying Memorandum Opinion.

    b.  Williams's state law claims are **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction but without leave to amend.

6.  The Clerk of Court is **DIRECTED** to **CLOSE** this case.

**BY THE COURT:**

/s/   *Mitchell S. Goldberg*
**MITCHELL S. GOLDBERG,      J.**