**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| JOHN WILLIAMS,<br>Plaintiff | ) | CASE NO. 2:25-CV-0928 |
| | ) | |
| v. | ) | |
| | ) | |
| BRITTANY HUNER, *et al.*,<br>Defendants | ) | |

**NOTICE OF APPEAL**

Notice is hereby given that John Williams, Plaintiff in the above-captioned civil rights action, hereby appeals to the United States Court of Appeals for the Third Circuit from the final judgement entered in this matter on July 22, 2025, by the United States District Court for the Eastern District of Pennsylvania.

Respectfully submitted,

John Williams
DOC #NW7468
Pennsylvania Dept. of Corrections
SCI Phoenix
1200 Mokychic Drive
Collegeville, PA 19426

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| JOHN WILLIAMS,<br>Plaintiff<br><br>v.<br><br>BRITTANY HUNER, *et al.*,<br>Defendants | )<br>)<br>)<br>)<br>)<br>)<br>) | CASE NO. 2:25-CV-0928 |

**NOTICE OF INMATE FILING**

I am the Plaintiff in the above-captioned civil rights action and an inmate confined in a prison institution. Today, August 2, 2025, I am depositing a Notice of Appeal in this matter in my prison institution's inmate mailbox. USPS First-Class postage is being prepaid by the institution on my behalf.

I declare under the penalties for perjury provided for by 28 U.S.C. §1746 that the aforegoing statement is true and correct. Executed this 2nd day of August, 2025.

John Williams
DOC #NW7468
Pennsylvania Dept. of Corrections
SCI Phoenix
1200 Mokychic Drive
Collegeville, PA 19426

John Williams
DOC #NW7468
Pennsylvania Dept. of Corrections
SCI Phoenix
1200 Mokychic Drive
Collegeville, PA 19426

PHILADELPHIA PA 190
5 AUG 2025 PM 6 L

quadient
FIRST-CLASS MAIL
IMI
$000.74 º
08/04/2025 ZIP 19426
043M31248366
US POSTAGE

United States District Court
Eastern District of Pennsylvania
Office of the Clerk
United States Courthouse
601 Market Street
Philadelphia, PA 19106-9865

U.S.M.S.
X-RAY

RECEIVED
AUG - 7 2025

19106-179699