OFFICE OF THE CLERK

**PATRICIA S. DODSZUWEIT**

**CLERK**

UNITED STATES COURT OF APPEALS
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA 19106-1790
Website: www.ca3.uscourts.gov

TELEPHONE
215-597-2995

August 12, 2025

John W. Williams
Phoenix SCI
1200 Mokychic Drive
P.O. Box 244
Collegeville, PA 19426

RE: John Williams v. Brittany Huner, et al
Case Number: 25-2539
District Court Case Number: 2:25-cv-00928

**PACER account holders are required to promptly inform the PACER Service Center of any contact information changes. In order to not delay providing notice to attorneys or pro se public filers, your information, including address, phone number and/or email address, may have been updated in the Third Circuit database. Changes at the local level will not be reflected at PACER. Public filers are encouraged to review their information on file with PACER and update if necessary.**

To All Parties:

Enclosed is case opening information regarding the above-captioned appeal filed by **John W. Williams**, docketed at **No. 25-2539**. All inquiries should be directed to your Case Manager in writing or by calling the Clerk's Office at 215-597-2995. This Court's rules, forms, and case information are available on our website at http://www.ca3.uscourts.gov.

**Please note:** <u>If any party has filed one of the motions listed in Fed.R.App.P 4(a)(4) after the notice of appeal has been filed, that party must immediately inform the Clerk of the Court of Appeals in writing of the date and type of motion that was filed.</u> The case in the court of appeals will not be stayed absent such notification.

If you cannot afford to pay the fee, within **fourteen (14) days** you must file:

1) Motion for Leave to Proceed In Forma Pauperis,

2) affidavit of poverty with addendum (form enclosed),

3) authorization for withdrawal of funds (form enclosed),

4) a prison account statement for the 6 month period prior to the filing of the notice of appeal.

If you do not pay the docketing fees or file the Motion for Leave to Proceed In Forma Pauperis with all necessary forms within **fourteen (14) days**, your case will be dismissed without further notice. 3rd Cir. LAR Misc. 107.

If you are unable to obtain the prison account statement from the appropriate officials within the time stated, you must notify the Clerk.

If the Court denies your motion to proceed in forma pauperis, you will be obligated to pay the entire $605.00 docketing fee in order for the appeal to proceed. If the Court grants your motion to proceed in forma pauperis, you will be assessed an initial partial filing fee in accordance with 28 U.S.C. Section 1915(b)(1). After the initial payment, monthly payments shall be made in accordance with 28 U.S.C. Section 1915(b)(2) until the full $605.00 fee has been collected. Once you have been granted permission to proceed in forma pauperis, you are obligated to pay the fee regardless of the outcome of your case, even if you choose to withdraw your appeal.

The requirements for filing an appearance form, disclosure statement, and civil appeal information statements are waived for pro se litigants.

**Counsel for Appellee:**

As counsel for Appellee(s), you must file:
1. Application for Admission (if applicable);
2. Appearance Form
3. Disclosure Statement (except governmental entities)
These forms must be filed within **fourteen (14) days** from the date of this letter.

Attached is a copy of the full caption as it is titled in the District Court. Please review the caption carefully and promptly advise this office in writing of any discrepancies.

Very truly yours,
Patricia S. Dodszuweit, Clerk

By: s/ James King
Case Manager
267-299-4958

Enclosures:
Caption
Affidavit of Poverty (for Appellant's use only)
Addendum (for Appellant's use only)
Authorization to Withdraw Funds (for Appellant's use only)
Information for Pro Se Litigants